LAND BROKERAGE COMPANY, Respondent, v. MICHAEL SAMIT, Appellant.

Submitted December 5, 1938; decided December 9, 1938.

*Herbert Z. Buch* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

JENNIE WEINGARTEN et al., Appellants, v. HENRY M. RINDER et al., Respondents.

Submitted December 5, 1938; decided December 9, 1938.

Motion for reargument denied. Return of remittitur requested and when returned it will be amended by adding thereto the following, "without prejudice to the bringing of a new action." (See 278 N. Y. 341.)